UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-23781-KING/TORRES

Timothy Blake, individually and
on behalf of all others similarly situated,

      Plaintiff,

vs.                                                                                    **Class Action**

J.L. Barnes Insurance Agency, Inc.
an Illinois Corporation d/b/a JLBG HEALTH,
and American Association for Justice,
a membership organization based in Washington, D.C.,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Timothy Blake ("Plaintiff") and Defendants, J.L. Barnes Insurance Agency, Inc. and American Association for Justice ("Defendants") (collectively, the "Parties"), that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed without prejudice as to all claims asserted by Plaintiff and without prejudice as to all claims asserted by the putative class. The Parties further stipulate and agree that this dismissal without prejudice is entered into with the express consent of both Parties, and that the dismissal does not, and will not, operate as an adjudication on the merits of any claims asserted by Plaintiff or the putative class, for purposes of Rule 41(a)(1)(B), Federal Rules of Civil Procedure, and Rule 1.420(a)(1)(B), Florida Rules of Civil Procedure.

1

Respectfully submitted,

Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com
Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com

Social Justice Law Collective, PL
P.O. Box 70327
Washington, DC 20024
Tel: (202) 709-5744

Peter Bennett
Florida Bar No. 68219
peterbennettlaw@gmail.com
Richard Bennett
Florida Bar No.150627
richardbennett27@gmail.com

Bennett & Bennett
1200 Anastasia Ave., Ofc 360
Coral Gables, Florida 33134
Tel: (305) 444-5925

*Attorneys for Plaintiff*

By:   *s/ Joshua A. Glickman*
        Joshua A. Glickman, Esq.

Aaron S. Podhurst
(FBN 63606)
Email: apodhurst@podhurst.com
Ricardo M. Martinez-Cid
(FBN 383988)
Email: rmcid@podhurst.com
Lea P. Valdivia
(FBN 84763)
Email: lvaldivia@podhurst.com
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Defendant, American Association for Justice*

By:  *s/ Aaron S. Podhurst*
      Aaron S. Podhurst, Esq.


Joanne M. O'Connor
(FBN 498807)
Email: joconnor@jonesfoster.com
JONES  FOSTER  JOHNSON  &
STUBBS, P.A.
505 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 659-3000
Fax: (561) 650-5300

*Attorney for Defendant, J.L. Barnes Insurance Agency, Inc.*

By:  *s/ Joanne M. O'Connor*
      Joanne M. O'Connor, Esq.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 21st day of December, 2015, which will send a notice of electronic filing to all attorneys of record.

By:  *s/ Joshua A. Glickman*
      Joshua A. Glickman, Esq.